**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Guillermo LOPEZ, Defendant— Appellant.**

No. 02–30183.

D.C. No. CR–01–00097–19–EJL.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 6, 2003.*

Decided Nov. 5, 2003.

Kim R. Lindquist, Esq., United States Attorney's Office, Boise, ID, for Plaintiff–Appellee.

Greg S. Silvey, Esq., Boise, ID, for Defendant–Appellant.

Before D.W. NELSON, KOZINSKI and MCKEOWN, Circuit Judges.

MEMORANDUM **

The district court did not clearly err in concluding that defendant was the supplier of the two pounds of methamphetamine sold by his co-defendant to a government informant. *See United States v. Asagba,* 77 F.3d 324, 325 (9th Cir.1996) (holding that we review a district court's factual findings at sentencing for clear error). Police observed Lopez meeting with his co-defendant shortly before the transactions, and a drug dog alerted to Lopez's car just after one of the sales. This evidence was sufficient to connect Lopez to his co-defendant's sales; thus the district court did not commit clear error in treating the two pounds of methamphetamine as relevant conduct when it calculated defendant's base offense level. *United States v. Sanchez,* 967 F.2d 1383, 1384–85 (9th Cir. 1992).

AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.